Form loccrtno – loccrtnov27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.:  23−11088−RG
          Chapter:  7
          Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jin Hong Kim
   aka Jinhong Kim
   99 Old Hook Road
   Closter, NJ 07624

Social Security No.:
   xxx−xx−1213

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

     I  Susan Zive , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

re: 99 Old Hook Road, Closter, NJ 07624


Dated: April 12, 2023
JAN: smz

                                                      Jeanne Naughton
                                                      Clerk